UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SEIKO EPSON CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07-0558 (RBW) |
| v. | ) ) | |
| CORETRONIC CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

On March 19, 2007, the plaintiff, Seiko Epson Corporation, filed this action against the defendant, Coretronic Corporation ("Coretronic"), for a declaratory judgment concerning the validity, non-infringement and unenforceability (collectively, "the validity") of patents owned by Coretronic, United States Patent Nos. 6,742,899 B1 ("the '899 patent") and 6,739,831 B2 ("the '831 Patent"), pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201 (2000) and 35 U.S.C. § 293 (2000). See generally Complaint. Subsequently, on May 21, 2007, the defendant filed a Motion to Transfer this action to the Northern District of California pursuant to 28 U.S.C. § 1404(a) (2000).   On October 11, 2007, the plaintiff filed a consent motion advising the Court that it withdraws its opposition to the defendant's Motion to Transfer and assents to the transfer of this action to the Northern District of California.  Plaintiff Seiko Epson Corporation's Consent to Motion for Transfer of Venue.  The plaintiff's consent is based on the decision of the United States District Court for the Northern District of California to proceed with the adjudication of the Coretronic's patent infringement claims in Seiko Epson Corp. v. Coretronic Corp., Civil

Action No. 06-06946 (N.D. Cal. Nov. 11, 2006).  Based on the foregoing information, it is hereby this 18th day of October, 2007

**ORDERED** that the instant action shall be transferred to the United States District Court for the Northern District of California.  It is further

**ORDERED** that all pending motions are denied as moot.  It is further

**ORDERED** that this action shall be dismissed without prejudice.

**SO ORDERED** on this 18th day of October, 2007.


/s/_____
REGGIE B. WALTON
United States District Judge