CLOSED, JURY, TRANSFERRED, TYPE-E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00558-RBW
### Internal Use Only

| | |
|---|---|
| SEIKO EPSON CORPORATION v. CORETRONIC CORPORATION | Date Filed: 03/19/2007 |
| Assigned to: Judge Reggie B. Walton | Date Terminated: 10/18/2007 |
| Cause: 28:2201 Declaratory Judgement | Jury Demand: Plaintiff |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**SEIKO EPSON CORPORATION**  represented by  **William Jerome Utermohlen**
OLIFF & BERRIDGE
277 South Washington Street
Suite 500
Alexandria, VA 22314
(703) 836-6400
Fax: 703-836-2787
Email: wutermohlen@oliff.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Oliff**
OLIFF & BERRIDGE
277 South Washington Street
Suite 500
Alexandria, VA 22314
(703) 836-6400
Fax: (703) 836-2787
*ATTORNEY TO BE NOTICED*

**John W. O'Meara**
OLIFF & BERRIDGE, PLC
277 South Washington Street
Suite 500
Alexandria, VA 22314
(703) 836-6400
Fax: (703) 836-2787
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CORETRONIC CORPORATION**  represented by  **Cheryl Anne Falvey**
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.

1333 New Hampshire Avenue, NW
Washington, DC 20036
(202) 887-4318
Email: cfalvey@akingump.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2007 | 1 | COMPLAINT against CORETRONIC CORPORATION ( Filing fee $ 350, receipt number 4616003061) filed by SEIKO EPSON CORPORATION. (Attachments: # 1 Civil Cover Sheet)(lc, ) (Entered: 03/23/2007) |
| 03/19/2007 | 2 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by SEIKO EPSON CORPORATION (lc, ) Additional attachment(s) added on 3/23/2007 (lc, ). (Entered: 03/23/2007) |
| 03/19/2007 |  | Summons (1) Issued as to CORETRONIC CORPORATION. (lc, ) (Entered: 03/23/2007) |
| 04/25/2007 | 3 | AFFIDAVIT REQUESTING FOREIGN MAILING re 1 Complaint by SEIKO EPSON CORPORATION. (lc, ) (Entered: 04/25/2007) |
| 04/25/2007 | 4 | CERTIFICATE OF CLERK of mailing one copy of the summons and complaint upon CORETRONIC CORPORATION by FEDEX pursuant to FRCP 4(f)(2)(C)(ii). (lc, ) (Entered: 04/25/2007) |
| 05/21/2007 | 5 | MOTION to Transfer Case by CORETRONIC CORPORATION (Attachments: # 1 Memorandum in Support of# 2 Declaration of Y. Hu# 3 Declaration of C. Lin# 4 Exhibit A# 5 Exhibit B# 6 Exhibit C# 7 Exhibit D# 8 Exhibit E# 9 Exhibit F# 10 Exhibit G# 11 Exhibit H# 12 Exhibit I# 13 Exhibit J# 14 Text of Proposed Order)(Falvey, Cheryl) (Entered: 05/21/2007) |
| 06/04/2007 | 6 | Memorandum in opposition to re 5 MOTION to Transfer Case filed by SEIKO EPSON CORPORATION. (Attachments: # 1 Text of Proposed Order)(Utermohlen, William) (Entered: 06/04/2007) |
| 06/04/2007 | 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- John W. O'Meara, :Firm- Oliff & Berridge, PLC, :Address- 277 South Washington Street, Suite 500, Alexandria, VA 22314. Phone No. - (703) 836-6400. Fax No. - (703) 836-2787 by SEIKO EPSON CORPORATION (Attachments: # 1 Declaration of John W. O'Meara)(nmw, ) (Entered: 06/05/2007) |
| 06/06/2007 | 8 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- James A. Oliff, :Firm- Oliff & Berridge, PLC, :Address- 277 South Washington Street, Suite 500, Alexandria VA 22314. Phone No. - 703-836-6400. Fax No. - 703-836-2787 by SEIKO EPSON CORPORATION (Attachments: # 1 Exhibit Declaration of James A. Oliff in Support of Motion for Admission Pro Hac Vice# 2 Text of Proposed Order)(Utermohlen, William) (Entered: 06/06/2007) |
| 06/13/2007 |  | MINUTE ORDER granting 8 Motion for Leave to Appear Pro Hac Vice. James A. Oliff shall appear pro hac vice in this action. Signed by Judge Reggie B. Walton on 6/13/07. (lcrbw2) (Entered: 06/13/2007) |
| 06/13/2007 |  | MINUTE ORDER granting 7 Motion for Leave to Appear Pro Hac Vice. John W. O'Meara shall appear pro hac vice in this matter. Signed by Judge Reggie B. Walton on 6/13/07. (lcrbw2) |

| | | |
|---|---|---|
| | | (Entered: 06/13/2007) |
| 06/14/2007 | 9 | REPLY to opposition to motion re 5 MOTION to Transfer Case filed by CORETRONIC CORPORATION. (Falvey, Cheryl) (Entered: 06/14/2007) |
| 07/02/2007 | 10 | NOTICE OF SUPPLEMENTAL AUTHORITY by SEIKO EPSON CORPORATION (Attachments: # 1 Exhibit Exhibit A)(Utermohlen, William) (Entered: 07/02/2007) |
| 10/03/2007 | 11 | ENTERED IN ERROR....NOTICE *of Amended Complaint* by SEIKO EPSON CORPORATION re 1 Complaint (Utermohlen, William) Modified on 10/4/2007 (nmw, ). (Entered: 10/03/2007) |
| 10/03/2007 | 12 | AMENDED COMPLAINT against CORETRONIC CORPORATION filed by SEIKO EPSON CORPORATION.(nmw, ) (Entered: 10/04/2007) |
| 10/04/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: Docket Entry 11 was entered in error as a notice and has been refiled as Docket Entry 12. (nmw, ) (Entered: 10/04/2007) |
| 10/11/2007 | 13 | NOTICE *of Consent to Motion for Transfer of Venue* by SEIKO EPSON CORPORATION (Utermohlen, William) (Entered: 10/11/2007) |
| 10/18/2007 | 14 | ORDER granting Motion to Transfer Case 5. Signed by Judge Reggie B. Walton on 10/18/07. (lcrbw2) (Entered: 10/18/2007) |
| 11/28/2007 | | Case transferred out to the USDC of USDC for the Northern District of California, pursuant to Court Order entered 10/18/07. Sent to Court by E-mail. (td, ) (Entered: 11/28/2007) |