CO-386-online
10/03

# United States District Court
# For the District of Columbia

Seiko Epson Corporation )
)
)
)
vs     Plaintiff )    Civil Action No._____
)
Coretronic Corporation )
)
)
)
Defendant )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for   Seiko Epson Corporation   certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of   Seiko Epson Corporation   which have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_William J. Utermohlen_
Signature

384902
BAR IDENTIFICATION NO.

William J. Utermohlen
Print Name

277 South Washington Street, Suite 500
Address

Alexandria, VA     22314
City     State     Zip Code

703-836-6400
Phone Number