CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Seiko Epson Corporation

_____
Plaintiff(s)

vs.

Civil Action No.: 1:07-cv-00558

Coretronic Corporation

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Mr. Wei-Yi Chang
Chairman and General Manager
Coretronic Corporation
No. 11, Li-Hsing Road
Science Park
Hsinchu
Taiwan 300, ROC

by: (check one)   ☐ registered mail, return receipt requested
                  ☐ ~~DHL~~ Federal Express

pursuant to the provisions of: (check one)
   ☑ FRCP 4(f)(2)(C)(ii)
   ☐ 28 U.S.C. § 1608(a)(3)
   ☐ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is ~~authorized~~ *not prohibited* by the domestic law of (name of country): the Republic of China_____, ~~and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.~~

*William J. Utermohlen*
(Signature)

William J. Utermohlen
Oliff & Berridge, PLC
277 South Washington Street
Suite 500
Alexandria, VA 22314

(Name and Address)