# FedEx® International Air Waybill

*For all international shipments*

**1 From** *Please print and press hard.*

- Date: 04/25/07
- Sender's FedEx Account Number: 1062-43760
- Sender's Name: OLIFF & BERRIDGE PLC
- Phone: 703-836-6400
- Company: c/o US DISTRICT COURT FOR DC
- Address: 227 SOUTH WASHINGTON STREET
- SUITE 500
- ALEXANDRIA, VA
- ZIP Postal Code: 22314

**2 Your Internal Billing Reference**

*(first 24 characters will appear on invoice.)*

**3 To**

- Recipient's Name: (07-558)
- Company: CORETRONIC CORPORATION
- Address: SCIENCE PARK
- NO. 11, LI-HSING ROAD
- Dept./Floor:
- City: HSINCHU
- State/Province:
- ZIP Postal Code: TAIWAN 300
- Country: REPUBLIC OF CHINA

**4 Shipment Information**

- Total Packages: 1
- Total Weight: lbs/kg
- Commodity Description:
- Harmonized Code:
- DIM:
- Total Declared Value for Carriage:
- Total Value for Customs:
- Country of Manufacture:
- Value for Customs:

**5 Express Package Service**

- [X] FedEx Intl. Priority

**6 Packaging**

- [X] FedEx Letter/Envelope

**7 Special Handling**

**8a Payment** *Bill transportation charges to:*

- [X] Sender Acct. No. 1062-43760

**8b Payment** *Bill duties and taxes to:*

**9 Required Signature**

Sender's Signature: Oliff & Berridge
Date: 4/25/07

FedEx Tracking Number: 8173 6617 2047

Form I.D. No. 0402