UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIKO EPSON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CORETRONIC CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:07-CV-00558-RBW<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF SEIKO EPSON CORPORATION'S
CONSENT TO MOTION FOR TRANSFER OF VENUE**

In light of the decision of the U.S. District Court for the Northern District of California, (Case No. C06-06946) (see Document No. 10), to proceed with adjudication of Defendant Coretronic Corporation's patent infringement claims, and the progress of that case since such decision, Seiko Epson Corporation withdraws its opposition to, and joins in, Coretronic's Motion for Transfer of Venue (Document No. 5).

DATED this 11th day of October 2007.

Respectfully submitted,

SEIKO EPSON CORPORATION

_/s/ William J. Utermohlen_
James A. Oliff
John W. O'Meara
William J. Utermohlen, D.C. Bar No. 384902
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA 22314
Telephone: 703-836-6400
Facsimile: 703-836-2787

Attorneys for Plaintiff Seiko Epson Corporation