**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 5, 2007

CASE TITLE:    SEIKO EPSON CORP-v-CORETRONIC CORP
RECEIVED FROM: DISTRICT OF COLUMBIA

CASE NUMBER:    **CV 07-06055 BZ**

TO COUNSEL OF RECORD:

    The above entitled action has been transferred to this District. All future filings should reflect the above case number.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    by: RUFINO C. SANTOS
        Deputy Clerk

o:\mrg\civil\transin.mrg