JAMES A. OLIFF (*Pro Hac Vice Pending*), joliff@oliff.com
JOHN W. O'MEARA (*Pro Hac Vice Pending*), jomeara@oliff.com
WILLIAM J. UTERMOHLEN (*Pro Hac Vice Pending*), wutermohlen@oliff.com
**OLIFF & BERRIDGE, PLC**
277 South Washington St., Suite 500
Alexandria, Virginia 22314
Tel: (703) 836-6400; Fax: (703) 836-2787

SUSAN VAN KEULEN
CA Bar No. 136060, svankeulen@thelen.com
CHRISTOPHER L. OGDEN
CA Bar No. 235517, cogden@thelen.com
**THELEN REID BROWN RAYSMAN & STEINER, LLP**
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113
Tel: (408) 292-5800; Fax (408) 287-8040

Attorneys for Seiko Epson Corporation

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SEIKO EPSON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CORETRONIC CORPORATION,<br><br>Defendant. | Case No. CV 07-06055 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  February 11, 2008			Respectfully submitted,

By:	_____/s/_____
James A. Oliff (*Admitted Pro Hac Vice*)
John W. O'Meara (*Admitted Pro Hac Vice*)
William J. Utermohlen (*Admitted Pro Hac Vice*)
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA  22314
Telephone:  (703) 836-6400
Facsimile:  (703) 836-2787

Susan van Keulen, CA Bar No. 136060
Christopher L. Ogden, CA Bar No. 235517
THELEN REID BROWN RAYSMAN & STEINER  LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113
Telephone: (408) 292-5800
Facsimile (408) 287-8040

Attorneys for Plaintiff Seiko Epson Corporation.