1  Yitai Hu (SBN 248085) (yhu@akingump.com)
   Elizabeth H. Rader (SBN 184963) (erader@akingump.com)
2  AKIN GUMP STRAUSS HAUER & FELD LLP
   Two Palo Alto Square
3  3000 El Camino Real, Suite 400
   Palo Alto, CA 94306
4  Telephone: (650) 838-2000
   Facsimile: (650) 838-2001
5
6  Attorneys for Defendant
   CORETRONIC CORPORATION
7
8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11 SEIKO EPSON CORPORATION,            CASE NO.  C07-06055 CRB

12           Plaintiff,               CORETRONIC CORPORATION'S
                                      CERTIFICATION OF INTERESTED
13      v.                            ENTITIES OR PERSONS PURSUANT
                                      TO LOCAL RULE 3-16
14 CORETRONIC CORPORATION,

15           Defendant.

16
17
18
19
20
21
22
23
24
25
26
27
28

1   Pursuant to Civil L.R. 3-16 Coretronic Corporation, by its undersigned counsel, hereby certifies

2 it is currently not aware of any person or entity, other than the named parties, with an interest in the

3 outcome of this matter.

4

5 Dated:  February 20, 2008    Respectfully submitted,

6             AKIN GUMP STRAUSS HAUER & FELD LLP

7             By:_____/s/_____
                  Elizabeth H. Rader

8

9             Attorneys for Defendant
             CORETRONIC CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORETRONIC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS       CASE NO. C07-06055 CRB