1  Yitai Hu (SBN 248085) (yhu@akingump.com)
   Elizabeth H. Rader (SBN 184963) (erader@akingump.com)
2  AKIN GUMP STRAUSS HAUER & FELD LLP
   Two Palo Alto Square
3  3000 El Camino Real, Suite 400
   Palo Alto, CA 94306
4  Telephone: (650) 838-2000
   Facsimile: (650) 838-2001
5
6  Attorneys for Defendant
   CORETRONIC CORPORATION
7
8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11  SEIKO EPSON CORPORATION,              **CASE NO.  C07-06055 CRB**

12              Plaintiff,                **CORETRONIC CORPORATION'S
                                          DISCLOSURE STATEMENT
13          v.                            PURSUANT TO FEDERAL RULES OF
                                          CIVIL PROCEDURE 7.1**
14  CORETRONIC CORPORATION,

15              Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

1     Pursuant to Federal Rules of Civil Procedure 7.1, Defendant Coretronic Corporation

2 ("Coretronic") submits the following corporate disclosure statement:

3     Coretronic is a corporation organized under the laws of Taiwan, R.O.C.  Coretronic has no

4 parent corporation.  No publicly held corporation in the United States owns 10% or more of

5 Coretronic's stock.

6

7 Dated:  February 20, 2008          Respectfully submitted,

8                                    AKIN GUMP STRAUSS HAUER & FELD LLP

9                                    By:_____/s/_____
                                              Elizabeth H. Rader

10

                                    Attorneys for Defendant
11                                   CORETRONIC CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORETRONIC'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1                    CASE NO. C07-06055 CRB