JAMES A. OLIFF (*Pro Hac Vice Pending*), joliff@oliff.com
JOHN W. O'MEARA (*Pro Hac Vice Pending*), jomeara@oliff.com
WILLIAM J. UTERMOHLEN (*Pro Hac Vice Pending*), wutermohlen@oliff.com
**OLIFF & BERRIDGE, PLC**
277 South Washington St., Suite 500
Alexandria, Virginia 22314
Tel: (703) 836-6400; Fax: (703) 836-2787

**LOCAL COUNSEL**:
SUSAN VAN KEULEN, CA Bar No. 136060, svankeulen@thelen.com
CHRISTOPHER L. OGDEN, CA Bar No. 235517, cogden@thelen.com
**THELEN REID BROWN RAYSMAN & STEINER, LLP**
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113
Tel: (408) 292-5800; Fax (408) 287-8040

Attorneys for Seiko Epson Corporation

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SEIKO EPSON CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>CORETRONIC CORPORATION<br><br>    Defendants. | Case No. C07-06055 CRB<br><br>**SEIKO EPSON CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16** |

1

**SEIKO EPSON CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; No. C07-06055 CRB**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report. Seiko Epson Corporation is a publicly traded company based in Japan that operates internationally. It has non-publicly-traded American subsidiaries, including Epson America, Inc.

DATED this 22nd day of February 2008.

Respectfully submitted,

SEIKO EPSON CORPORATION.

/s/
James A. Oliff *(Pro Hac Vice Pending)*
John W. O'Meara *(Pro Hac Vice Pending)*
William J. Utermohlen *(Pro Hac Vice Pending)*
OLIFF & BERRIDGE, PLC
277 South Washington Street
Suite 500
Alexandria, VA  22314
Telephone:  703-836-6400
Facsimile:  703-836-2787

Susan van Keulen, CA Bar No. 136060
Christopher L. Ogden, CA Bar No. 235517
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street
Suite 1200
San Jose, CA 95113
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

Attorneys for Seiko Epson Corporation.