| | |
|---|---|
| 1  JAMES A. OLIFF | YITAI HU |
|    (*Admitted Pro Hac Vice*), joliff@oliff.com | CA Bar No. 248085, yhu@akingump.com |
| 2  JOHN W. O'MEARA | ELIZABETH H. RADER |
|    (*Admitted Pro Hac Vice*), jomeara@oliff.com | CA Bar No. 184963, erader@akingump.com |
| 3  WILLIAM J. UTERMOHLEN | **AKIN, GUMP, STRAUSS, HAUER &** |
|    (*Admitted Pro Hac Vice*), | **FELD LLP** |
| 4  wutermohlen@oliff.com | Two Palo Alto Square |
|    **OLIFF & BERRIDGE, PLC** | 3000 El Camino Real, Suite 400 |
| 5  277 South Washington St., Suite 500 | Palo Alto, CA 94306 |
|    Alexandria, Virginia 22314 | Telephone: (650) 838-2000; Fax (650) 838- |
| 6  Tel: (703) 836-6400; Fax: (703) 836-2787 | 2001 |

Attorneys for Coretronic Corporation and Optoma Technology, Inc.

SUSAN VAN KEULEN
CA Bar No. 136060, svankeulen@thelen.com
CHRISTOPHER L. OGDEN
CA Bar No. 235517, cogden@thelen.com
**THELEN REID BROWN RAYSMAN & STEINER, LLP**
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113
Tel: (408) 292-5800; Fax (408) 287-8040

Attorneys for Seiko Epson Corporation, Epson Research & Development, Inc., and Epson America, Inc.

**FILED**

MAR 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEIKO EPSON CORPORATION, a Japanese corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CORETRONIC CORPORATION, a Taiwanese corporation, and OPTOMA TECHNOLOGY, INC., a California corporation, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. C 06-6946 MJJ (EDL) <br><br> [~~PROPOSED~~] ORDER GRANTING THE JOINT ADMINISTRATIVE MOTION AND STIPULATION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12 <br><br> FILED IN THE EARLIEST FILED CASE (C 06-6946-MJJ) AND LODGED IN THE LATER CASE (CASE NO. 3:07-cv-06055-BZ) |

1
2
      The Court having considered the papers submitted, and the papers on file in this case, and good cause appearing, IT IS HEREBY ORDERED:

3
4
5
6
7
      The Joint Administrative Motion and Stipulation to Consider Whether Cases Should be Related Pursuant to Local Rule 3-12 filed by Plaintiff/Counterdefendant Seiko Epson Corporation, Counterdefendants Epson Research & Development, Inc. and Epson America, Inc., and Defendants/Counterclaimants Coretronic Corporation ("Coretronic") and Optoma Technology, Inc. (collectively "the Parties") is **GRANTED**.

8
9
      The present action (Civil Action No. 4:06-cv-6946-MJJ (EDL)) is related to the case (Civil Action No. 3:07-cv-06055-BZ) recently transferred to this District.

10
11
      Civil Action No. 3:07-cv-06055-BZ shall be reassigned to Judge Jenkins. All future filings in the reassigned case shall bear the initials of Judge Jenkins immediately after the case number.

12
      IT IS SO ORDERED.

13
14
15   Dated: ___3/18/08___

16                                                        MARTIN J. JENKINS   MARILYN HALL
                                                          UNITED STATES DISTRICT JUDGE
17                                                                                       PATEL

18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING ADMIN. MOTION            CASE NO. C:06-6946 MJJ (EDL)
RE: RELATED CASES