UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION,<br><br>        Plaintiff(s),<br><br>  v.<br><br>OPTOMA TECHNOLOGY, INC.,<br><br>        Defendant(s).<br><br>*And related actions as listed.* | No. C 06-06946 MHP<br>     C 07-06055 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Status Conference)** |

    The parties are hereby notified that a status conference in this matter will be held **March 31, 2008 at 3:00 p.m.**, before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California.  A Joint Status Report shall be filed not later than one week prior to the conference.

                                                    Richard W. Wieking<br>
                                                    Clerk, U.S. District Court

Dated: March 19, 2008                              Anthony Bowser, Deputy Clerk to the<br>
                                                      Honorable Marilyn Hall Patel<br>
                                                            (415) 522-3140