# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: March 31, 2008

Case No.    C 06-6946  MHP                    Judge: MARILYN H. PATEL
            C 07-6055  MHP

Title: SEIKO EPSON CORPORATION -v- CORETRONIC CORPORATION et al

Attorneys:  Plf: William Utermohlen, Christain Ogden
            Dft: Elizabeth Rader, Gary Ma, Hsin-Yi Feng

Deputy Clerk:  Anthony Bowser  Court Reporter: Sahar McVicker

### PROCEEDINGS

1)   Status Conference

2)

3)

### ORDERED AFTER HEARING:

Claim Construction hearing previously set for 4/23/2008 at 9:00 am; Tutorial to be  worked into construction hearing;

Court orders that both matters CONSOLIDATED.