**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: April 23, 2008

Case No.   C 06-6946  MHP             Judge: MARILYN H. PATEL
           C 07-6055  MHP

Title: SEIKO EPSON CORPORATION -v- CORETRONIC CORPORATION et al

Attorneys:  Plf: William Utermohlen, James Oliff, Darle Short
            Dft: Gary Ma, Yitai Hu

Deputy Clerk: Anthony Bowser   Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)  Claim Construction Hearing

2)

3)

**ORDERED AFTER HEARING:**

9:00    Opening Tutorial given;

9:20    Claim Construction on patents 150, 831, 004, 899 on the following terms: Ventilation, Directly conducting, Duct, Intensively, Substantial contamination, Second exhaust fan, Closed status, Guide surface.

11:10   Counsel submit after further discussion;

Briefing schedules re motions on invalidity set as follows:

   Exchange of invalidity contentions within 30 days after issuance of Claim Construction Order; Motions shall be up to 30 pages in length.

Discovery instructions given; Parties instructed to meet and confer re outstanding discovery; Current motion to compel deemed withdrawn; Previously imposed dates before MJJ vacated.