

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SEIKO EPSON CORPORATION<br><br>Plaintiff(s),<br>v.<br><br>CORETRONIC CORPORATION; and<br>OPTOMA TECHNOLOGY, INC.<br><br>Defendant(s).<br>_____ / | CASE NO. 06-06946; 07-06055 MHP<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE*** |

Richard E. Rice, an active member in good standing of the bar of Virginia, Maryland, and the U.S. District Court, District of Maryland whose business address and telephone number (particular court to which applicant is admitted) is OLIFF & BERRIDGE, PLC, 277 South Washington Street, Suite 500, Alexandria, VA 22314, (703) 836-6400,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing SEIKO EPSON CORPORATION.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 29, 2008

IT IS SO ORDERED

Judge Marilyn H. Patel