JAMES A. OLIFF (*Pro Hac Vice*)
JOHN W. O'MEARA (*Pro Hac Vice*),
WILLIAM J. UTERMOHLEN (*Pro Hac Vice*),
**OLIFF & BERRIDGE, PLC**
277 South Washington St., Suite 500
Alexandria, Virginia 22314
Tel: (703) 836-6400; Fax: (703) 836-2787
e-mails: joliff@oliff.com, jomeara@oliff.com, wutermohlen@oliff.com

SUSAN VAN KEULEN
CA Bar No. 136060, svankeulen@thelen.com
CHRISTOPHER L. OGDEN
CA Bar No. 235517, cogden@thelen.com
**THELEN REID BROWN RAYSMAN & STEINER, LLP**
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113
Tel: (408) 292-5800; Fax (408) 287-8040

Attorneys for Seiko Epson Corporation, Epson Research and Development, Inc. and Epson America, Inc.

YITAI HU
CA Bar No. 248085, yhu@akingump.com
ELIZABETH H. RADER
CA Bar No. 184963 erader@akingump.com
**AKIN, GUMP, STRAUSS, HAUER & FELD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 838-2000;
Fax: (650) 838-2001

Attorneys for Coretronic Corporation and Optoma Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEIKO EPSON CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>CORETRONIC CORPORATION and OPTOMA TECHNOLOGY, INC.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case Nos. C 06-6946, 07-6055 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS RELATING TO U.S. PATENT NOS. 6,402,324 & 6,644,817** |

    WHEREAS Seiko Epson Corporation ("SEC") asserted in this case that Coretronic Corporation ("Coretronic") and Optoma Technology, Inc. ("Optoma") infringed U.S. Patent No. 6,402,324 ("the 324 Patent") and U.S. Patent No. 6,664,817 ("the 817 Patent"); and

1

1     WHEREAS Coretronic and Optoma have denied infringing the 324 and 817 Patents and have asserted counterclaims for declaratory judgment that those patents are invalid; and

    WHEREAS SEC has indicated its intent to withdraw its infringement assertions as to the 324 and 817 Patents in this case; and

    WHEREAS the parties agree that in light of such withdrawal, the issue of the 324 and 817 Patents' validity need not be litigated and resolved at this time;

    NOW, THEREFORE, THE PARTIES STIPULATE AND ASK THE COURT FOR AN ORDER AS FOLLOWS:

    Dismissing without prejudice SEC's assertion of infringement of the 324 and 817 Patents against Coretronic and Optoma and dismissing without prejudice Coretronic's and Optoma's declaratory judgment actions seeking a declaration regarding the invalidity of the 324 and 817 patents.

DATED: July __, 2008

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Yitai Hu (CA Bar No. 248085)<br>Elizabeth H. Rader (CA Bar No. 184963)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 838-2000<br>Facsimile: (650) 838-2001<br><br>Attorneys for Coretronic Corporation | James A. Oliff *(Admitted Pro Hac Vice)*<br>John W. O'Meara *(Admitted Pro Hac Vice)*<br>William J. Utermohlen *(Admitted Pro Hac Vice)*<br>OLIFF & BERRIDGE, PLC<br>277 South Washington Street, Suite 500<br>Alexandria, VA 22314<br>Telephone: 703-836-6400<br>Facsimile: 703-836-2787<br><br>Susan van Keulen (CA Bar No. 136060)<br>Christopher L. Ogden (CA Bar No. 235517)<br>THELEN REID BROWN RAYSMAN & STEINER LLP<br>225 West Santa Clara Street, Suite 1200<br>San Jose, CA 95113<br>Telephone: (408) 292-5800<br>Facsimile: (408) 287-8040<br><br>Attorneys for Seiko Epson Corporation, Epson Research & Development Corporation and Epson America, Inc. |

2

STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS    CASE NOS. C 06-6946, 07-6055 MHP
REGARDING U.S. PATENT NOS. 6,402,324 & 6,664,817

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of
2  perjury that concurrence in the filing of this document has been obtained from Elizabeth H. Rader.

3  Dated: July __, 2008

4  THELEN REID BROWN RAYSMAN & STEINER  LLP

5  By:  _____/s/_____
6  Christopher L. Ogden, Esq.
   (State Bar No. 235517)

7  Attorneys for Seiko Epson Corporation

Having considered the parties' statements and stipulations set forth above, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

SEC's claims of infringement of U.S. Patent No. 6,402,324 and U.S. Patent No. 6,664,817 against Coretronic and Optoma and Coretronic's and Optoma's declaratory judgment actions seeking a declaration regarding the invalidity of the 324 and 817 patents are DISMISSED without prejudice.

Dated: July 14 _____, 2008        _____
                                    Marilyn Hall Patel
                                    UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Marilyn H. Patel