| | |
|---|---|
| JAMES A. OLIFF (*Pro Hac Vice*)<br>JOHN W. O'MEARA (*Pro Hac Vice*),<br>WILLIAM J. UTERMOHLEN (*Pro Hac Vice*),<br>**OLIFF & BERRIDGE, PLC**<br>277 South Washington St., Suite 500<br>Alexandria, Virginia 22314<br>Tel:  (703) 836-6400; Fax:  (703) 836-2787<br>e-mails: joliff@oliff.com, jomeara@oliff.com,<br>wutermohlen@oliff.com<br><br>SUSAN VAN KEULEN<br>CA Bar No. 136060, svankeulen@thelen.com<br>CHRISTOPHER L. OGDEN<br>CA Bar No. 235517, cogden@thelen.com<br>**THELEN REID BROWN RAYSMAN &<br>STEINER, LLP**<br>225 West Santa Clara Street, Suite 1200<br>San Jose, CA 95113<br>Tel: (408) 292-5800; Fax (408) 287-8040<br><br>Attorneys for Seiko Epson Corporation, Epson Research and Development, Inc. and Epson America, Inc. | YITAI HU<br>CA Bar No. 248085, yhu@akingump.com<br>ELIZABETH H. RADER<br>CA Bar No. 184963 erader@akingump.com<br>**AKIN, GUMP, STRAUSS, HAUER &<br>FELD LLP**<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 838-2000;<br>Fax: (650) 838-2001<br><br>Attorneys for Coretronic Corporation and Optoma Technology, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEIKO EPSON CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>CORETRONIC CORPORATION and OPTOMA TECHNOLOGY, INC.,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case Nos. C 06-6946, 07-6055 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING MEDIATION PROCESS**<br><br>*As modified by court |

1

STIPULATION AND [PROPOSED] ORDER TO
AMEND ORDER SELECTING ADR PROCESS

CASE NOS. C 06-6946, 07-6055 MHP

WHEREAS the Court entered an Order on July 3, 2007, pursuant to a Stipulation of the parties, providing for Court Process Mediation to occur within 90 days of the Court's Claim Construction Order;

WHEREAS the Court's Claim Construction Order was issued on May 16, 2008;

WHEREAS the parties have agreed to proceed by Mediation through a private mediator (former Judge Joseph V. Colaianni) and retained Judge Colaianni, at their mutual expense, in June 2008;

WHEREAS this Court issued a Notice of Appointment of Mediator to the Parties on July 15, 2008; and

WHEREAS the Parties have agreed to hold mediation on a mutually agreeable date after the completion of invalidity fact discovery.

NOW, THEREFORE, THE PARTIES STIPULATE AND ASK THE COURT FOR AN ORDER AS FOLLOWS:

1. Vacating the Notice of Appointment of Mediator entered on July 15, 2008;

2. Referring the consolidated cases herein for private mediation to be held at a date agreeable to the parties after completion of invalidity fact discovery.

DATED: July 25, 2008

                                                             Respectfully submitted,

_____/s/_____          _____/s/_____
Yitai Hu (CA Bar No. 248085)                           James A. Oliff *(Admitted Pro Hac Vice)*
Elizabeth H. Rader (CA Bar No. 184963)           John W. O'Meara *(Admitted Pro Hac Vice)*
AKIN GUMP STRAUSS HAUER & FELD LLP      William J. Utermohlen *(Admitted Pro Hac Vice)*
2 Palo Alto Square                                      OLIFF & BERRIDGE, PLC
3000 El Camino Real, Suite 400                    277 South Washington Street, Suite 500
Palo Alto, California 94306                          Alexandria, VA  22314
Telephone: (650) 838-2000                            Telephone:  703-836-6400
Facsimile: (650) 838-2001                             Facsimile:  703-836-2787

Attorneys for Coretronic Corporation              Susan van Keulen (CA Bar No. 136060)
                                                           Christopher L. Ogden (CA Bar No. 235517)
                                                            THELEN REID BROWN RAYSMAN & STEINER  LLP
                                                           225 West Santa Clara Street, Suite 1200
                                                           San Jose, CA 95113
                                                          Telephone: (408) 292-5800
                                                          Facsimile: (408) 287-8040

                                                           Attorneys for Seiko Epson Corporation, Epson Research & Development Corporation and Epson America, Inc.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Elizabeth H. Rader.

Dated: July 25, 2008

                                                   THELEN REID BROWN RAYSMAN & STEINER  LLP

                                                   By: _____/s/_____
                                                         Christopher L. Ogden, Esq.
                                                         (State Bar No. 235517)

                                                   Attorneys for Seiko Epson Corporation

Having considered the parties' statements and stipulations set forth above, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The Notice of Appointment of Mediator entered on July 15, 2008 be and hereby is VACATED; and

2. These consolidated cases are referred for mediation through a private mediator retained by the parties, to be held at a date agreeable to the parties after completion of invalidity fact discovery. **TO BE COMPLETED BY NOVEMBER 3, 2008.**

Dated: __7/30_____, 2008         _____



UNITED STATES DISTRICT JUDGE
IT IS SO ORDERED
Judge Marilyn H. Patel

4