1 | JAMES A. OLIFF (*Pro Hac Vice*)
JOHN W. O'MEARA (*Pro Hac Vice*),
WILLIAM J. UTERMOHLEN (*Pro Hac Vice*),
**OLIFF & BERRIDGE, PLC**
277 South Washington St., Suite 500
Alexandria, Virginia 22314
Tel: (703) 836-6400; Fax: (703) 836-2787
e-mails: joliff@oliff.com, jomeara@oliff.com, wutermohlen@oliff.com

SUSAN VAN KEULEN
CA Bar No. 136060, svankeulen@thelen.com
CHRISTOPHER L. OGDEN
CA Bar No. 235517, cogden@thelen.com
**THELEN REID BROWN RAYSMAN & STEINER, LLP**
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113
Tel: (408) 292-5800; Fax (408) 287-8040

Attorneys for Seiko Epson Corporation, Epson Research and Development, Inc. and Epson America, Inc.

YITAI HU
CA Bar No. 248085, yhu@akingump.com
ELIZABETH H. RADER
CA Bar No. 184963 erader@akingump.com
**AKIN, GUMP, STRAUSS, HAUER & FELD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 838-2000;
Fax: (650) 838-2001

Attorneys for Coretronic Corporation and Optoma Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEIKO EPSON CORPORATION,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>CORETRONIC CORPORATION and  )<br>OPTOMA TECHNOLOGY, INC.,  )<br>  )<br>    Defendants.  )<br>_____)<br>  )<br>AND RELATED COUNTERCLAIMS  )<br>_____) | Case Nos. C 06-6946, 07-6055 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING INVALIDITY BRIEFING SCHEDULE** |

WHEREAS the parties agreed to a proposed schedule for completion of invalidity fact discovery and for briefing and submitting motions for summary judgment as to the invalidity and unenforceability of the asserted patents and submitted that schedule to the Court in the Joint Report filed on June 13, 2008 (Doc. 199) and at the hearing on June 16, 2008;

WHEREAS the Court adopted that schedule, which was reflected in the Court's Minute Order of June 16, 2008 (Doc. 200);

WHEREAS the schedule contemplated an invalidity fact discovery cutoff date of July 31, 2008, with motions for summary judgment as to invalidity to be filed by August 15, 2008;

WHEREAS at the time the parties agreed to that schedule the primary remaining discovery expected was depositions of Seiko Epson Corporation (SEC) and Epson America, Inc. (EAI) noticed by Coretronic Corporation, to be held after the completion of production of electronic documents and e-mails sought by Coretronic then underway;

WHEREAS the volume of such electronic discovery has been unexpectedly large and the necessary processing of that discovery has been unexpectedly time consuming;

WHEREAS the parties have been proceeding expeditiously to complete that discovery, but have not been able to complete the processing of the documents in time to proceed with the depositions by the currently scheduled invalidity fact discovery cutoff date; and

WHEREAS the parties have therefore agreed to a limited extension of the discovery schedule and a corresponding extension of the briefing and argument schedule for the invalidity summary judgment motions as reflected below.

NOW, THEREFORE, THE PARTIES STIPULATE AND ASK THE COURT FOR AN ORDER AS FOLLOWS:

1. Vacating the schedule set in the Minute Order of June 16, 2008;

2. Setting the date for completion of invalidity fact discovery as September 12, 2008;

3. Setting the briefing and argument schedule for the invalidity and unenforceability summary judgment motions as follows:

Motions to be filed by September 26, 2008;

Oppositions to be filed by October 20, 2008;

Replies to be filed by November 3, 2008;

Motions to be heard at 2:00 p.m. on November 17, 2008.

DATED: July 25, 2008

Respectfully submitted,

| _____/s/_____ | _____/s/_____ |
|---|---|
| Yitai Hu (CA Bar No. 248085) | James A. Oliff *(Admitted Pro Hac Vice)* |
| Elizabeth H. Rader (CA Bar No. 184963) | John W. O'Meara *(Admitted Pro Hac Vice)* |
| AKIN GUMP STRAUSS HAUER & FELD LLP | William J. Utermohlen *(Admitted Pro Hac Vice)* |
| 2 Palo Alto Square | OLIFF & BERRIDGE, PLC |
| 3000 El Camino Real, Suite 400 | 277 South Washington Street, Suite 500 |
| Palo Alto, California 94306 | Alexandria, VA  22314 |
| Telephone: (650) 838-2000 | Telephone:  703-836-6400 |
| Facsimile: (650) 838-2001 | Facsimile:  703-836-2787 |
| Attorneys for Coretronic Corporation | Susan van Keulen (CA Bar No. 136060) |
| | Christopher L. Ogden (CA Bar No. 235517) |
| | THELEN REID BROWN RAYSMAN & STEINER  LLP |
| | 225 West Santa Clara Street, Suite 1200 |
| | San Jose, CA 95113 |
| | Telephone: (408) 292-5800 |
| | Facsimile: (408) 287-8040 |
| | Attorneys for Seiko Epson Corporation, Epson Research & Development Corporation and Epson America, Inc. |

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Elizabeth H. Rader.

Dated: July 25, 2008

THELEN REID BROWN RAYSMAN & STEINER  LLP

By: _____/s/_____
Christopher L. Ogden, Esq.
(State Bar No. 235517)

Attorneys for Seiko Epson Corporation

1
2      Having considered the parties' statements and stipulations set forth above, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

3      1.   The schedule set in the Minute Order of June 16, 2008 is hereby VACATED;

4      2.   The date for completion of invalidity fact discovery is set as September 12, 2008;

5      3.   The briefing and argument schedule for the invalidity and unenforceability summary judgment motions is set as follows:

Motions to be filed by September 26, 2008;

Oppositions to be filed by October 20, 2008;

Replies to be filed by November 3, 2008;

Motions to be heard at 2:00 p.m. on November 17, 2008.

Dated: __7/30_____, 2008          _____

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA