ORIGINAL

1  YITAI HU (State Bar No. 248085) (yitai.hu@alston.com)
   ELIZABETH H. RADER (State Bar No. 184963) (elizabeth.rader@alston.com)
2  Alston & Bird LLP
   Two Palo Alto Square
3  3000 El Camino Real, Suite 400
   Palo Alto, California 94306
4  Telephone:    650-838-2000
   Facsimile:    650-838-2001
5
   Attorneys for Defendants and Counterclaimants
6  CORETRONIC CORPORATION and
   OPTOMA TECHNOLOGY, INC.
7
   Ryan W. Koppelman (GA SBN 428404) (ryan.koppelman@alston.com)
8  ALSTON & BIRD LLP
   1201 W. Peachtree St.
9  Atlanta, GA 30309
   Telephone: 404-881-7000
10 Facsimile: 404-881-7777

11 Attorney for Defendants and Counterclaimants
   CORETRONIC CORPORATION and
12 OPTOMA TECHNOLOGY, INC.
   *Admitted Pro Hac Vice*

13

14
                        UNITED STATES DISTRICT COURT
15
                       NORTHERN DISTRICT OF CALIFORNIA
16
                          SAN FRANCISCO DIVISION
17

18 SEIKO EPSON CORPORATION, a          )    Case No. C 06-6946 MHP
   Japanese corporation,               )    Case No. C 07-6055 MHP
                                        )
19         Plaintiff,                   )
                                        )
20         v.                           )    [PROPOSED] ORDER GRANTING
                                        )    APPLICATION FOR ADMISSION OF
21 CORETRONIC CORPORATION, a            )    ATTORNEY PRO HAC VICE
   Taiwanese corporation, and OPTOMA    )
22 TECHNOLOGY, INC., a California       )
   corporation,                         )
23                                      )
                                        )
24         Defendants.                  )
                                        )
   ─────────────────────────────────   )
25                                      )
   AND RELATED COUNTERCLAIMS            )
26                                      )
   ─────────────────────────────────   )
27

28
   ─────────────────────────────────────────────────────────────────
   [PROPOSED] ORDER GRANTING
   APPLICATION FOR ADMISSION OF ATTORNEY          **Case No. C 06-6946-MHP, C 07-6055-MHP**
   *PRO HAC VICE*

1    Ryan W. Koppelman, an active member in good standing of the bar of the State of Georgia

2  whose business address and telephone number is:

3                              ALSTON & BIRD LLP
4                              1201 W. Peachtree St.
                              Atlanta, GA 30309
5                              Telephone: 404-881-7000
                              Facsimile: 404-881-7777

6    having applied in the above-entitled action for admission to practice in the Northern District of

7  California on a *pro hac vice* basis representing Coretronic Corporation and Optoma Technology, Inc.

8    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

9  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

10  Service of papers upon and communication with co-counsel designated in the application will

11  constitute notice to the party. All future filings in this action are subject to the requirements contained

12  in General Order No. 45, *Electronic Case Filing.*

13

14  Dated:

15                                            Marilyn Hall Patel
                                            United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

                                            2
28
PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF ATTORNEY              Case No. C 06-6946-MHP, C 07-6055-MHP
*PRO HAC VICE*